**UNITED STATES BANKRUPTCY COURT FOR THE**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

    Joe E. Mooney

    Sandra L. Mooney,

        DEBTORS.

CASE NO.  12-51538 KMS

CHAPTER 7

Community Bank

VS.

Joe E. Mooney fdba Magee Housing Limited,
Inc., Sandra L. Mooney

PLAINTIFF

ADV. PROC. NO.  12-05048 KMS

DEFENDANT

## SCHEDULING ORDER

Pursuant to Federal Rule of Bankruptcy Procedure 7016, and in order to promote the efficient and expeditious disposition of the above-referenced adversary proceeding (the "Adversary Proceeding"), a scheduling order should be entered.

IT IS HEREBY ORDERED THAT:

1)    All motions for joinder of parties or amendments to the pleadings shall be filed and served prior to the completion of fact discovery.

2)    All fact discovery shall be completed no later than ninety (90) days after the first answer or other responsive pleading is filed.

3)    All experts shall be designated no later than fourteen (14) days after fact discovery is completed.  The parties shall exchange expert reports no later than fourteen (14) days after experts are designated. All reports shall provide the information required by Federal Rule of Bankruptcy

Procedure 7026(a)(2)(B). All expert discovery shall be completed no later than forty (40) days after experts are designated.

4) All dispositive motions, with the exception of evidentiary *in limine* motions, shall be filed and served no later than fourteen (14) days after expert discovery is completed.

5) The parties shall file any request for mediation with the Court no later than fourteen (14) days prior to the pretrial order due date. If the request for mediation is granted, the Court shall enter an order referring the Adversary Proceeding to mediation and resetting it for trial in the event that mediation does not result in a settlement, dismissal or other resolution of the Adversary Proceeding.

6) The parties shall immediately notify the Court upon the settlement, dismissal or other resolution of the Adversary Proceeding and shall file with the Court appropriate evidence of such resolution as soon thereafter as is feasible. Moreover, the parties shall immediately advise the Court, in writing, of any occurrence or circumstance which they believe may suggest or necessitate the adjournment or other modification of the trial setting.

7) Deadlines contained in this Scheduling Order may be extended only by the Court and only upon written motion for good cause shown.

SO ORDERED

Katharine M. Samson
United States Bankruptcy Judge
Dated: November 2, 2012