IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JOE E. MOONEY f/d/b/a MAGEE HOUSING LIMITED, INC.
SANDRA L. MOONEY, DEBTORS                    CASE NO. 12-51538-KMS

COMMUNITY BANK                                              PLAINTIFF

VS.                                                    ADV. NO.:12-05048 KMS

JOE E. MOONEY f/d/b/a MAGEE HOUSING
LIMITED, INC. AND SANDRA L. MOONEY          DEFENDANTS

## NOTICE OF SERVICE

Plaintiff, Community Bank, does hereby give notice to the Court that a true and correct copy of following pleadings have been mailed to counsel:

1. First Requests for Admission and First Requests for Production of Documents

Further notice is hereby given that the originals of the above pleadings are being retained in our files.

This the 27th day of November, 2012.

                        Respectfully submitted,

                        COMMUNITY BANK

                        By: /s/ Stephen E. Gardner
                            Stephen E. Gardner, Its Attorney

Stephen E. Gardner (MSB 4749)
YoungWilliams P.A.
P. O. Box 23059
Jackson, MS 39225-3059
Telephone:   601-948-6100
Fax:              601-355-6136
steve.gardner@youngwilliams.com

## **CERTIFICATE OF SERVICE**

I, Stephen E. Gardner, do hereby certify that I have this date transmitted via Electronic Case Filing, as it appears on this date in the Court registered e-filers of CM/ECF and or via U.S. Mail, postage prepared, a true and correct copy of the above and forgoing Notice of Service to the below parties:

Electronically mailed to:

dware@warelawfirm.com

7trustee@cableone.net

USTPRegion05.JA.ECF@usdoj.gov

Dated, this the 27th day of November, 2012.

_____
Stephen E. Gardner