### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

| | |
|---|---|
| JOE. MOONEY<br>F/D/B/A MAGEE HOUSING LIMITED, INC.<br>SANDRA MOONEY, DEBTORS | CASE NO.:12-51538-KMS |
| COMMUNITY BANK | PLAINTIFF |
| VS. | ADV. NO. 12-05048 |
| JOE. MOONEY<br>F/D/B/A MAGEE HOUSING LIMITED, INC<br>SANDRA MOONEY, DEBTORS | DEFENDANTS |

### NOTICE OF SERVICE

**To:   All Counsel of Record**

Pursuant to L.U.CIV.R. 5(c)(3), notice is hereby given that on the date entered below I served the following discovery device(s):

**PLAINTIFFS' FIRST REQUESTS FOR ADMISSIONS TO COMMUNITY BANK**

Pursuant to L.U.CIV.R. 5(c)(3), I acknowledge my responsibilities as the custodian of the original(s) of the documents(s) identified above.

                Respectfully submitted,

                Joe Mooney f/d/b/a Magee Housing Limited, Inc. and Sandra Mooney

                **/s/ Daniel D. Ware**
**By:**  **Daniel D. Ware,** MSB#10,847
      **WARE LAW FIRM, PLLC**
      2609 US Highway 49 South
      Florence, Mississippi 39073
      Telephone: (601) 845-9273
      Facsimile: (601) 845-0749
      dware@warelawfirm.com

## CERTIFICATE OF SERVICE

I, DANIEL D. WARE, attorney for the above listed debtors, do hereby certify that I have this day mailed, via U. S. Mail, postage prepaid, and/or electronically transmitted, a true and correct copy of the above and foregoing notice to the below listed parties.

7trustee@cableone.net

USTPRegions05.JA.ECF@usdoj.gov

Steve.gardner@youngwilliams.com

SO CERTIFIED, on this the 4th day of December, 2012.

*/s/ Daniel D. Ware*

DANIEL D. WARE